Donna M. Mezias (State Bar No. 111902)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROSENBURG, JOHN SHELLY and EXALDO TOPACIO, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 06-0430 JCS<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), Plaintiffs Thomas Rosenburg, et al. and Defendant International Business Machines Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate to an extension of time for Defendant to file its response to Plaintiffs' complaint filed on January 24, 2005 (the "Complaint"). The parties hereby stipulate and agree that Defendant shall have an extension of 30 days, to and including March 17, 2006, to answer or otherwise plead to the Complaint. The parties further stipulate that by executing or agreeing to this stipulation, Defendant does not waive, and otherwise reserves, its right to assert any available defense to the Complaint including but not limited to issues of subject matter jurisdiction, personal jurisdiction, or sufficiency of service.

STIPULATION
Case No. 06-0430 JCS

| | | |
|---|---|---|
| 1 | Dated: February 14, 2006 | JONES DAY |
| 3 | | By: /S/ Donna M. Mezias |
| 4 | | Donna M. Mezias<br>Attorneys for Defendant |
| 5 | | INTERNATIONAL BUSINESS MACHINES<br>CORPORATION |
| 7 | Dated: February 15, 2006 | LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP |
| 9 | | By: /S/ James M. Finberg |
| 10 | | James M. Finberg<br>Attorneys for Plaintiffs |

SFI-537764v1

Dated: February 15, 2006

**IT IS SO ORDERED**

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA