1  Donna M. Mezias (State Bar No. 111902)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA  94104
3  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
4  Email: dmezias@jonesday.com

5  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
6  CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | THOMAS ROSENBURG, JOHN SHELLY and EXALDO TOPACIO, on behalf of themselves and classes of those similarly situated, | Case No. 06-0430 PJH |
12 | | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE** |
13 | Plaintiff, | |
14 | v. | |
15 | INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
16 | Defendant. | |

(Note: [PROPOSED] is shown with strikethrough)

19     Pursuant to Local Rule 6-2(a), Plaintiffs Thomas Rosenburg, et al. ("Plaintiffs") and

20  Defendant International Business Machines Corporation ("Defendant") (collectively, "the

21  Parties"), by and through their undersigned counsel, hereby stipulate to a two-week continuance

22  of the initial Case Management Conference in this case, from May 11, 2006 to May 25, 2006.

23  Defendant requested this stipulation and submits that good cause exists for the requested

24  continuance as follows:

25     (1) The requested continuance is necessary because lead counsel for Defendant will not

26  be available on May 11, 2006, due to a pre-existing business commitment on the East coast that

27  cannot be rescheduled.

28  STIPULATION AND [PROPOSED] ORDER
    TO CONTINUE CASE MANAGEMENT
    CONFERENCE                                                              Case No. 06-0430 PJH
    SFI-538896v1

(2) The only other time modification the Parties have sought in this case was a thirty-day stipulated extension of the deadline for Defendants to respond to the Complaint.

(3) The requested continuance of the Case Management Conference will not affect the schedule of this case as the case has only recently been commenced and no scheduling order has issued.

Dated: March 14, 2006

JONES DAY

By: /S/ Donna M. Mezias
Donna M. Mezias
Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

Dated: March 14, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /S/ James M. Finberg
James M. Finberg
Attorneys for Plaintiffs

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, AND GOOD APPEARING, IT IS SO ORDERED.

March 15, 2006

Honorable Phyllis J. Hamilton
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE
SFI-538896v1

2

Case No. 06-0430 PJH