1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  THOMAS ROSENBURG *et al.*, on behalf        Case No. CV 06-00430 PJH
    of themselves and classes of those similarly
13  situated,                                   **STIPULATION AND [~~PROPOSED~~] ORDER
                                                RE: DISMISSAL OF INDIVIDUAL CLAIMS
14                   Plaintiffs,                 WITHOUT PREJUDICE**

15          v.

16  INTERNATIONAL BUSINESS
    MACHINES CORPORATION,
17
                     Defendant.
18

19

20          WHEREAS, on March 13, 2006, Plaintiffs Thomas Rosenburg, James R. Baxter,

21  Sherry Mattson, Steve Park, Fnu Kennedy, and Exaldo Topacio ("Plaintiffs"), on behalf of

    themselves and all others similarly situated, filed the First Amended Complaint in the above-
22
    captioned action; and
23
            WHEREAS, Defendants answered on March 30, 2006;
24
            IT IS HEREBY STIPULATED, by and between the parties, through their
25
    respective attorneys, that:
26

27

28

1.    All claims of Plaintiff John Shelly are DISMISSED WITHOUT PREJUDICE. Each party shall bear his or its own attorneys' fees and costs with respect to these claims.

Dated: ___6 / 7___, 2006       By: _*Donna M. Mezias*_

                                Donna M. Mezias

Donna M. Mezias (SBN 111902)
Aaron L. Agenbroad (*pro hac vice*)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: dmezias@jonesday.com
Email: alagenbroad@joneday.com

Glen D. Nager (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: gdnager@jonesday.com

Matthew W. Lampe (*pro hac vice*)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2676
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mwlampe@jonesday.com

Meir Feder (*pro hac vice*)
Marla S.K. Bergman (*pro hac vice*)
Wendy C. Butler (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: mfeder@jonesday.com
Email: msbergman@jonesday.com
Email: wbutler@jonesday.com

*Attorneys for Defendant IBM*

1    Dated: June 7, 2006

                                           By: _____

                                                James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  jfinberg@lchb.com
Email:  ecervantez@lchb.com
Email:  jsagafi@lchb.com

Rachel Geman (RG 0998 [NY])
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  rgeman@lchb.com

Steven G. Zieff (SBN 084222)
David A. Lowe (SBN 178811)
Kenneth J. Sugarman (SBN 195059)
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:  (415) 434-0513
Email:  szieff@reztlaw.com
Email:  dal@reztlaw.com
Email:  kjs@reztlaw.com

Todd F. Jackson (SBN 202598)
Claire Kennedy-Wilkins (SBN 231897)
Lindsay E. Nako (SBN 239090)
LEWIS FEINBERG RENAKER &
    JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone:  (510) 839-6824
Facsimile:  (510) 839-7839
Email:  tjackson@lewisfeinberg.com
Email:  ckwilkins@lewisfeinberg.com
Email:  lnako@lewisfeinberg.com

Adam T. Klein (AK 3293 [NY])
Justin M. Swartz (JS 7989 [NY])
Piper Hoffman (PH 4990 [NY])
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
Email:  atk@outtengolden.com
Email:  jms@outtengolden.com
Email:  ph@outtengolden.com

Ira Spiro (SBN 67641)
SPIRO MOSS BARNESS HARRISON &
    BARGE, LLP
11377 W. Olympic Blvd., Fl. 5
Los Angeles, CA 90064-1625
Telephone:  (310) 235-2468
Facsimile:  (310) 235-2456
Email:  ispiro@smbhblaw.com

J. Derek Braziel (00793380 [TX])
LEE & BRAZIEL, LLP
208 N. Market Street
Dallas, TX  75202
Telephone:  (214) 749-1400
Facsimile:  (214) 749-1010
Email:  jdbraziel@l-b-law.com

Richard Burch (24001807 [TX])
BRUCKNER BURCH, PLLC
5847 San Felipe, Suite 3900
Houston, TX 77057
Telephone:  (713) 877-8788
Facsimile:  (713) 877-8065
Email:  rburch@brucknerburch.com

David Borgen (SBN 99354)
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417
Email:  borgen@gdblegal.com

*Attorneys for Plaintiffs and the proposed
Plaintiff Classes*

1

## ORDER

2          The foregoing Stipulation is approved, and IT IS SO ORDERED.

3
   DATED:   6/12/06
4                                        HON. PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL OF INDIVIDUAL CLAIMS
CASE NO. CV 06-00430 PJH