UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS ROSENBURG** *et al.*, on behalf of themselves and classes of those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>**Defendant.** | Case No. CV 06-00430 PJH<br>MODIFIED STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TOLLING OF FLSA STATUTE OF LIMITATIONS, TOLLING STATUTES OF LIMITATIONS FOR CERTAIN STATE LAW CLAIMS, AND EXTENDING SCHEDULE FOR FILING CERTAIN MOTIONS |

This Stipulation is entered into by and between Thomas Roseburg, James Baxter, Sherry Mattson, Steve Park, Fnu Kennedy, and Exaldo Topacio ("Plaintiffs"), by and through their undersigned counsel, and International Business Machines Corporation ("IBM" or the "Company"), by and through its undersigned counsel. Plaintiffs and the Company are collectively referred to herein as the "Parties."

**RECITALS**

WHEREAS, the Parties met with a mediator on Wednesday, September 13, 2006, in an attempt to resolve this litigation;

WHEREAS, the September 13, 2006 mediation session was constructive but did not

1  resolve the case;

2  WHEREAS, the Parties are in the process of exchanging additional information;

3  WHEREAS, the Parties have scheduled a second mediation session for October 19, 2006;

4  WHEREAS, the Parties would like to continue to attempt to resolve the case;

5  WHEREAS, for the reasons set forth above, good cause exists to postpone the filing of

6  Plaintiffs' motion for <u>Hoffman</u> notice and IBM's motion(s) for summary judgment until

7  November 21, 2006;

8  WHEREAS, the only other modifications of time that the Parties have sought in this case

9  were a thirty-day stipulated extension of the deadline for IBM to respond to the Complaint and

10  two stipulated continuances of the Case Management Conference;

11  WHEREAS, no other dates are affected by these changes;

12  WHEREAS, only to the extent specified below, this Stipulation and Order modifies (1)

13  the Stipulation and Order Regarding Case Schedule, Tolling of FLSA Statute of Limitations, and

14  Potential Collective Action Member Contact Information entered on June 7, 2006 and (2) the

15  Civil Minutes order entered on August 17, 2006, both of which shall otherwise continue in full

16  force and effect;

17  THEREFORE, the Parties stipulate and agree as follows:

18  **STIPULATION AND AGREEMENT**

19  1. Plaintiffs will not move for conditional certification of the prospective

20  FLSA collective action for purpose of issuance of Court-facilitated notice or move to amend the

21  Complaint to add additional state law claims before October 30, 2006, but shall file both motions

22  by November 21, 2006, absent further order of the Court.  Plaintiffs will not move for class

23  certification under F.R.C.P. 23 before October 30, 2006, but shall file such motion by ~~the time to~~

24  ~~be specified by the Court~~.  NOVEMBER 22, 2006.  Same briefing /hrg schedule as par. 2.

25  2. Defendant will not move for summary judgment as to any plaintiff before

26  October 30, 2006, but shall file any early motion for summary judgment (as specified in the Civil

27  Minutes Order of August 17, 2006) by November ~~21~~ 22, 2006, absent further order of the Court.
Opposition due 12/6/06; Reply 12/13/06.  Hearing date will be 1/10/07 at 9:00 a.m.

28

NYI-2281782v4 — - 2 - — STIPULATION AND [PROPOSED] ORDER
RE CASE SCHEDULE AND TOLLING
NO. CV 06-00430 PJH

1  3. The statute of limitations under the FLSA applicable to (a) the Plaintiffs;
2  (b) employees in bands 6-8 of the 499A Position; (c) employees in bands 6-8 of the 498Q, 498R,
3  498S, 498T, and 498U Positions; (d) employees in the 5343 and 5338 Positions; and
4  (e) employees in bands 6-8 of the 594J Position shall be tolled from April 19, 2006 through
5  October 30, 2006.

6  4. The statute of limitations under the wage and hour laws of the states of
7  Connecticut, Kentucky, Maryland, Massachusetts, North Carolina, Ohio, Pennsylvania,
8  Washington, and Wisconsin applicable to the individuals set forth in paragraph 3 shall be tolled
9  from the date on which this Stipulation and Order is filed by the Parties through October 30,
10  2006.

11  5. This Stipulation and Order is without prejudice to Plaintiffs moving the
12  Court, pursuant to the doctrine of equitable tolling, to toll the FLSA statute of limitations for
13  periods before April 19, 2006 or after October 30, 2006.  The Company reserves the right to
14  oppose any such motion.  This Stipulation and Order is also without prejudice to the Parties
15  reaching agreement about additional tolling.

16  6. This Stipulation and Order will not have the effect of reviving (1) any
17  FLSA claims that were time-barred as of April 19, 2006 or (2) any claims under the wage and
18  hour laws of the states specified in paragraph 4 that were time-barred as of the date on which this
19  Stipulation and Order is filed by the Parties.

20  7. Except as expressly set forth herein, nothing contained in this Stipulation
21  and Order shall constitute a waiver of Plaintiffs' or the Company's legal positions, rights or
22  remedies, including any defense under any statute of limitations or any other defense relating to
23  the passage of time.

24  8. This Stipulation and Order shall not be admissible for any purpose
25  whatsoever, other than for the purpose of enforcing the terms hereof, in any proceeding between
26  the Company and any Plaintiff(s) and/or other individuals for whom a statute of limitations is
27  tolled pursuant to this Stipulation and Order.

28

1        9.      This Stipulation and Order is not intended as, and shall not be construed to be, an admission by any Party that any other Party has or does not have a valid claim or defense.

      10.      This Stipulation and Order shall not become effective until approved and entered by the Court.

Dated: October 2, 2006

By:     /S/ Donna M. Mezias
        Donna M. Mezias

Donna M. Mezias (SBN 111902)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Glen D. Nager, *pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-5464
Facsimile: (202) 626-1700

Matthew W. Lampe, *pro hac vice*
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215-2673
Telephone: (614) 469-3939
Facsimile: (614) 461-4198

*Attorneys for Defendant IBM*

Dated: October 2, 2006

By:     /S/ James M. Finberg
        James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jfinberg@lchb.com
Email: ecervantez@lchb.com
Email: jsagafi@lchb.com

Rachel Geman (RG 0998 [NY])
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: rgeman@lchb.com

Steven G. Zieff (SBN 084222)
David A. Lowe (SBN 178811)
Kenneth J. Sugarman (SBN 195059)
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: szieff@reztlaw.com
Email: dal@reztlaw.com
Email: kjs@reztlaw.com

Todd F. Jackson (SBN 202598)
Claire Kennedy-Wilkins (SBN 231897)
Lindsay E. Nako (SBN 239090)
LEWIS FEINBERG RENAKER &
  JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: tjackson@lewisfeinberg.com
Email: ckwilkins@lewisfeinberg.com
Email: lnako@lewisfeinberg.com

Adam T. Klein (AK 3293 [NY])
Justin M. Swartz (JS 7989 [NY])
Piper Hoffman (PH 4990 [NY])
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
Email: atk@outtengolden.com
Email: jms@outtengolden.com
Email: ph@outtengolden.com

Ira Spiro (SBN 67641)
SPIRO MOSS BARNESS HARRISON &
  BARGE, LLP
11377 W. Olympic Blvd., Fl. 5
Los Angeles, CA 90064-1625
Telephone: (310) 235-2468
Facsimile: (310) 235-2456
Email: ispiro@smbhblaw.com

|   |   |
|---|---|
| 1 | J. Derek Braziel (00793380 [TX]) |
|   | LEE & BRAZIEL, LLP |
| 2 | 208 N. Market Street |
|   | Dallas, TX  75202 |
| 3 | Telephone:  (214) 749-1400 |
|   | Facsimile:  (214) 749-1010 |
| 4 | Email:  jdbraziel@l-b-law.com |

Richard Burch (24001807 [TX])
BRUCKNER BURCH, PLLC
5847 San Felipe, Suite 3900
Houston, TX 77057
Telephone:  (713) 877-8788
Facsimile:  (713) 877-8065
Email:  rburch@brucknerburch.com

David Borgen (SBN 99354)
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417
Email:  borgen@gdblegal.com

*Attorneys for Plaintiffs and the proposed Plaintiff Classes*

## **ORDER**

The foregoing Stipulation is approved, and IT IS SO ORDERED.

DATED: 10/5/06    _____
                  Hon. Phyllis J. Hamilton
                  United States District Judge

*SEE DATE CHANGES.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document.

Dated: October 2, 2006                                      /S/ Donna M. Mezias
                                                                    Donna M. Mezias