UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THOMAS ROSENBURG *et al.*, on behalf of themselves and classes of those similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>**Defendant.** | Case No. CV 06-00430 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TOLLING OF STATUTES OF LIMITATIONS AND AMENDING CASE SCHEDULE |

This Stipulation is entered into by and between Thomas Roseburg, James Baxter, Sherry Mattson, Steve Park, Fnu Kennedy, and Exaldo Topacio ("Plaintiffs"), by and through their undersigned counsel, and International Business Machines Corporation ("IBM" or the "Company"), by and through its undersigned counsel.  Plaintiffs and the Company are collectively referred to herein as the "Parties."

**RECITALS**

WHEREAS, the Parties met with mediators on Wednesday, September 13, 2006, and on Thursday, October 19, 2006, in an attempt to resolve this litigation;

WHEREAS, the Parties continue to be actively engaged in settlement-related discussions and would like to focus their efforts on this process for the next 30 days;

WHEREAS, for the reasons set forth above, good cause exists to postpone (1) the filing of Plaintiffs' motion for <u>Hoffmann</u> notice, motion to amend the Complaint, and Rule 23 motion for class certification; (2) IBM's motion(s) for summary judgment; and (3) the January 10, 2007 hearing date for such motions;

WHEREAS, the only other modifications of time that the Parties have sought were a thirty-day stipulated extension of the deadline for IBM to respond to the Complaint, two stipulated continuances of the Case Management Conference, and a stipulated extension of the deadlines for Plaintiffs' <u>Hoffmann</u> motion and IBM's motion for summary judgment from October 13, 2006, to respectively, November 21, 2006 and November 22, 2006;

WHEREAS, no other dates are affected by these changes;

WHEREAS, only to the extent specified below, this Stipulation and Order modifies (1) the Stipulation and Order Regarding Case Schedule, Tolling of FLSA Statute of Limitations, and Potential Collective Action Member Contact Information entered on June 7, 2006; (2) the Civil Minutes order entered on August 17, 2006; and (3) the Stipulation and Order Extending Tolling of FLSA Statute of Limitations, Tolling Statutes of Limitations for Certain State Law Claims, and Extending Schedule for Filing Certain Motions entered on October 5, 2006, all three of which shall otherwise continue in full force and effect;

THEREFORE, the Parties stipulate and agree as follows:

**STIPULATION AND AGREEMENT**

1.  The deadlines for the filing of Plaintiffs' <u>Hoffmann</u> motion for conditional certification of the prospective FLSA collective action for purpose of issuance of Court-facilitated notice, Plaintiffs' motion to amend the Complaint, and Plaintiffs' motion for class certification under F.R.C.P. 23, as well as the deadline for IBM's filing of any early motion for summary

judgment (as specified in the Civil Minutes Order of August 17, 2006), are vacated. The January 10, 2007 hearing date for such motions is also vacated. The parties shall not file any such motions before November 30, 2006, although the Parties agree and the Court hereby rules that Plaintiffs may amend their complaint on or before November 22, 2006. Any further amendments of Plaintiffs' complaint will require a motion or further agreement of the Parties.

2.   This matter is hereby set for a status conference on November 30, 2006 at 2:30 p.m., to discuss further case scheduling.

3.   The statute of limitations under the FLSA applicable to (a) the Plaintiffs; (b) employees in bands 6-8 of the 499A Position; (c) employees in bands 6-8 of the 498Q, 498R, 498S, 498T, and 498U Positions; (d) employees in the 5343 and 5338 Positions; and (e) employees in bands 6-8 of the 594J Position shall be tolled from April 19, 2006 through November 30, 2006.

4.   The statute of limitations under the wage and hour laws of the states of Connecticut, Kentucky, Maryland, Massachusetts, North Carolina, Ohio, Pennsylvania, Washington, and Wisconsin applicable to the individuals set forth in paragraph 3 shall be tolled from October 2, 2006 through November 30, 2006.

5.   This Stipulation and Order is without prejudice to Plaintiffs moving the Court, pursuant to the doctrine of equitable tolling, to toll the FLSA statute of limitations for periods before April 19, 2006 or after November 30, 2006. The Company reserves the right to oppose any such motion. This Stipulation and Order is also without prejudice to the Parties' reaching agreement about additional tolling.

6.   This Stipulation and Order will not have the effect of reviving (1) any FLSA claims that were time-barred as of April 19, 2006 or (2) any claims under the wage and hour laws of the states specified in paragraph 4 that were time-barred as of October 2, 2006.

7.   Except as expressly set forth herein, nothing contained in this Stipulation and Order shall constitute a waiver of Plaintiffs' or the Company's legal positions, rights or remedies, including any defense under any statute of limitations or any other defense relating to the passage of time.

8. This Stipulation and Order shall not be admissible for any purpose whatsoever, other than for the purpose of enforcing the terms hereof, in any proceeding between the Company and any Plaintiff(s) and/or other individuals for whom a statute of limitations is tolled pursuant to this Stipulation and Order.

9. This Stipulation and Order is not intended as, and shall not be construed to be, an admission by any Party that any other Party has or does not have a valid claim or defense.

10. This Stipulation and Order shall not become effective until approved and entered by the Court.

Dated: November 8, 2006
By: _____/S/ Donna M. Mezias_____
　　　　Donna M. Mezias

Donna M. Mezias (SBN 111902)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:     (415) 875-5700

Glen D. Nager, *pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:   (202) 879-5464
Facsimile:     (202) 626-1700

Matthew W. Lampe, *pro hac vice*
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio  43215-2673
Telephone:   (614) 469-3939
Facsimile:     (614) 461-4198

*Attorneys for Defendant IBM*

| | | |
|---|---|---|
| Dated: November 8, 2006 | By: | /S/ James M. Finberg |
| | | James M. Finberg |

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  jfinberg@lchb.com
Email:  ecervantez@lchb.com
Email:  jsagafi@lchb.com

Rachel Geman (RG 0998 [NY])
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  rgeman@lchb.com

Steven G. Zieff (SBN 084222)
David A. Lowe (SBN 178811)
Kenneth J. Sugarman (SBN 195059)
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:  (415) 434-0513
Email:  szieff@reztlaw.com
Email:  dal@reztlaw.com
Email:  kjs@reztlaw.com

Todd F. Jackson (SBN 202598)
Claire Kennedy-Wilkins (SBN 231897)
Lindsay E. Nako (SBN 239090)
LEWIS FEINBERG RENAKER &
  JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone:  (510) 839-6824
Facsimile:  (510) 839-7839
Email:  tjackson@lewisfeinberg.com
Email:  ckwilkins@lewisfeinberg.com
Email:  lnako@lewisfeinberg.com

Adam T. Klein (AK 3293 [NY])
Justin M. Swartz (JS 7989 [NY])
Piper Hoffman (PH 4990 [NY])
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
Email:  atk@outtengolden.com
Email:  jms@outtengolden.com
Email:  ph@outtengolden.com

Ira Spiro (SBN 67641)
SPIRO MOSS BARNESS HARRISON &
   BARGE, LLP
11377 W. Olympic Blvd., Fl. 5
Los Angeles, CA 90064-1625
Telephone:  (310) 235-2468
Facsimile:  (310) 235-2456
Email:  ispiro@smbhblaw.com

J. Derek Braziel (00793380 [TX])
LEE & BRAZIEL, LLP
208 N. Market Street
Dallas, TX  75202
Telephone:  (214) 749-1400
Facsimile:  (214) 749-1010
Email:  jdbraziel@l-b-law.com

Richard Burch (24001807 [TX])
BRUCKNER BURCH, PLLC
5847 San Felipe, Suite 3900
Houston, TX 77057
Telephone:  (713) 877-8788
Facsimile:  (713) 877-8065
Email:  rburch@brucknerburch.com

David Borgen (SBN 99354)
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417
Email:  borgen@gdblegal.com

*Attorneys for Plaintiffs and the proposed
Plaintiff Classes*

1  **ORDER**

3  The foregoing Stipulation is approved, and IT IS SO ORDERED.

5  DATED: 11/15/06  _____



Hon. Phyllis J. Hamilton
United States District Judge

1     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (*/s/*) within this e-filed document.

Dated: November 8, 2006          /S/ Donna M. Mezias

                                                  Donna M. Mezias