1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  **THOMAS ROSENBURG *et al.*, on behalf of**          **Case No. CV 06-00430 PJH**
    **themselves and classes of those similarly**
    **situated,**                                        **STIPULATION AND [PROPOSED]**
13                                                        **ORDER STAYING LITIGATION**
                        **Plaintiffs,**                   **PROCEEDINGS OTHER THAN**
14                                                        **PROCEEDINGS RELATED TO**
          **v.**                                          **SETTLEMENT**
15
    **INTERNATIONAL BUSINESS**
16  **MACHINES CORPORATION,**

17                      **Defendant.**

18

19

20         This Stipulation is entered into by and between Thomas Rosenburg, James Baxter, Sherry

21  Mattson, Steve Park, Fnu Kennedy, Exaldo Topacio, Vincent Letizio, Frank Vasterling, Robert

22  Carlo, Laurence Tosi III, Michelle Peel, Denise Rambsel, Robin Daniels, Marcia Howie, Rebecca

23  Taylor and Alan Erece ("Plaintiffs"), by and through their undersigned counsel, and International

24  Business Machines Corporation ("IBM" or the "Company"), by and through its undersigned

25  counsel.  Plaintiffs and the Company are collectively referred to herein as the "Parties."

26                        <u>**RECITALS**</u>

27         WHEREAS, the Parties to this action have negotiated a settlement of the case;

28

1    WHEREAS, on November 22, 2006, Plaintiffs filed a Motion for Order (1) Conditionally

2  Certifying Settlement Classes and Collective Action, (2) Granting Preliminary Approval to

3  Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice,

4  and Claim Form to the Class, (4) Approving Releases, and (5) Setting Date for Fairness Hearing

5  and Related Dates;

6    WHEREAS, that motion is currently scheduled for a hearing on January 3, 2007;

7    WHEREAS, for the reasons set forth above, good cause exists to stay the proceedings in

8  this case, with the exception of proceedings related to approval and implementation of the

9  settlement;

10   WHEREAS, the only other modifications of time that the Parties have sought were a

11  thirty-day stipulated extension of the deadline for IBM to respond to the Complaint, two

12  stipulated continuances of the Case Management Conference, a stipulated extension of the

13  deadlines for Plaintiffs' Hoffmann motion and IBM's motion for summary judgment from

14  October 13, 2006, to, respectively, November 21, 2006 and November 22, 2006, and a stipulated

15  order vacating certain deadlines pending settlement discussions;

16   WHEREAS, except as set forth below, no other dates are affected by these changes;

17   WHEREAS, only to the extent specified below, this Stipulation and Order modifies (1)

18  the Stipulation and Order Regarding Case Schedule, Tolling of FLSA Statute of Limitations, and

19  Potential Collective Action Member Contact Information entered on June 7, 2006; (2) the Civil

20  Minutes order entered on August 18, 2006; (3) the Stipulation and Order Extending Tolling of

21  FLSA Statute of Limitations, Tolling Statutes of Limitations for Certain State Law Claims, and

22  Extending Schedule for Filing Certain Motions entered on October 5, 2006; and (4) the

23  Stipulation and Order Extending Tolling of Statutes of Limitations and Amending Case Schedule

24  entered on November 15, 2006.  Except as modified, all four of these Stipulations and Orders

25  shall otherwise continue in full force and effect.

26   THEREFORE, the Parties stipulate and agree as follows:

27

28

1

## **STIPULATION AND AGREEMENT**

2        1.      The Case Management Conference scheduled for January 11, 2007 (as

3 specified in the Court's August 17, 2006 Civil Minutes order) is vacated.

4        2.      All litigation proceedings, including discovery, except those proceedings

5 related to the settlement, are stayed.

6        3.      Defendant shall not be required to file an answer or other responsive

7 pleading or to move in response to Plaintiffs' Second Amended Complaint, filed on

8 November 22, 2006, unless and until the Court lifts this stay of litigation proceedings and sets a

9 date for Defendant to file an answer or other responsive pleading or to move in response to the

10 Second Amended Complaint.

11        4.      This stay of litigation shall not apply to any proceedings related to approval

12 and implementation of the settlement of this case.  The January 3, 2007 hearing on Plaintiffs'

13 Motion for Order (1) Conditionally Certifying Settlement Classes and Collective Action, (2)

14 Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3)

15 Directing Dissemination of Notice, and Claim Form to the Class, (4) Approving Releases, and (5)

16 Setting Date for Fairness Hearing and Related Dates, and any further proceedings related to the

17 settlement, shall proceed and shall not be affected by this stay.

18 Dated: December 8, 2006           By:       /S/ Donna M. Mezias

19                                      Donna M. Mezias

20                            Donna M. Mezias (SBN 111902)
JONES DAY

21                            555 California Street, 26th Floor
San Francisco, CA  94104

22                            Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

23                            Glen D. Nager, *pro hac vice*

24                            JONES DAY
51 Louisiana Avenue, N.W.

25                            Washington, D.C.  20001-2113
Telephone:    (202) 879-5464

26                            Facsimile:     (202) 626-1700

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Matthew W. Lampe, *pro hac vice*
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio  43215-2673
Telephone:      (614) 469-3939
Facsimile:      (614) 461-4198

*Attorneys for Defendant IBM*

- 4 -

1  |  Dated: December 8, 2006

2

By:  _____/S/ James M. Finberg_____
             James M. Finberg

3
James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Jahan C. Sagafi (SBN 224887)
4
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
5
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
6
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
7
Email:  jfinberg@lchb.com
Email:  ecervantez@lchb.com
8
Email:  jsagafi@lchb.com

9
Rachel Geman (RG 0998 [NY])
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
10
780 Third Avenue, 48th Floor
New York, NY 10017-2024
11
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
12
Email:  rgeman@lchb.com

13
Steven G. Zieff (SBN 084222)
David A. Lowe (SBN 178811)
14
Kenneth J. Sugarman (SBN 195059)
RUDY, EXELROD & ZIEFF, LLP
15
351 California Street, Suite 700
San Francisco, CA  94104
16
Telephone:  (415) 434-9800
Facsimile:  (415) 434-0513
17
Email:  szieff@reztlaw.com
Email:  dal@reztlaw.com
18
Email:  kjs@reztlaw.com

19
Todd F. Jackson (SBN 202598)
Claire Kennedy-Wilkins (SBN 231897)
20
Lindsay E. Nako (SBN 239090)
LEWIS FEINBERG RENAKER &
    JACKSON, P.C.
21
1330 Broadway, Suite 1800
Oakland, CA  94612
22
Telephone:  (510) 839-6824
Facsimile:  (510) 839-7839
23
Email:  tjackson@lewisfeinberg.com
Email:  ckwilkins@lewisfeinberg.com
24
Email:  lnako@lewisfeinberg.com

25

26

27

28

NYI-2295121v2

- 5 -

Adam T. Klein (AK 3293 [NY])
Justin M. Swartz (JS 7989 [NY])
Piper Hoffman (PH 4990 [NY])
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
Email:  atk@outtengolden.com
Email:  jms@outtengolden.com
Email:  ph@outtengolden.com

Ira Spiro (SBN 67641)
SPIRO MOSS BARNESS HARRISON &
    BARGE, LLP
11377 W. Olympic Blvd., Fl. 5
Los Angeles, CA 90064-1625
Telephone:  (310) 235-2468
Facsimile:  (310) 235-2456
Email:  ispiro@smbhblaw.com

J. Derek Braziel (00793380 [TX])
LEE & BRAZIEL, LLP
208 N. Market Street
Dallas, TX  75202
Telephone:  (214) 749-1400
Facsimile:  (214) 749-1010
Email:  jdbraziel@l-b-law.com

Richard Burch (24001807 [TX])
BRUCKNER BURCH, PLLC
5847 San Felipe, Suite 3900
Houston, TX 77057
Telephone:  (713) 877-8788
Facsimile:  (713) 877-8065
Email:  rburch@brucknerburch.com

David Borgen (SBN 99354)
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417
Email:  borgen@gdblegal.com

*Attorneys for Plaintiffs and the proposed
Plaintiff Classes*

1

### <u>ORDER</u>

2

3        The foregoing Stipulation is approved, and IT IS SO ORDERED.

4

5    DATED: <u>1/3/07</u>

6



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2 "conformed" signature (*/s/*) within this e-filed document.

3

4 Dated: December 8, 2006               /S/ Donna M. Mezias

5                                Donna M. Mezias

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28