Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

*Attorneys for Plaintiffs and proposed Classes*
*[additional counsel on signature page]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROSENBURG, JAMES R. BAXTER, SHERRY MATTSON, STEVE PARK, FNU KENNEDY, and EXALDO TOPACIO, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | **Case No. 06-0430 PJH**<br><br>STIPULATION AND [P~~ROPOSE~~D] ORDER APPROVING CLASS NOTICE |

WHEREAS, at the Preliminary Approval Hearing held on January 3, 2007, the Court requested that the parties modify the proposed Class Notice in two respects;

WHEREAS, in accordance with the Court's instructions, the parties hereby submit a revised Class Notice, attached as Exhibit A, together with a redline, attached as Exhibit B;

The parties hereby stipulate and agree as follows:

1. The Class Notice attached as Exhibit A to this stipulation shall replace and supersede the Class Notice attached as Exhibit A to the Settlement Agreement as filed on December 20, 2006;

2. The Claims Administrator shall mail Exhibit A to this stipulation in accordance with the Court's Preliminary Approval Order.

Dated: January 5, 2007

ALTSHULER BERZON LLP

By: /s/ James M. Finberg

Attorneys for Plaintiffs

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Rachel Geman (RG 0998 [NY])
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
E-Mail: rgeman@lchb.com

Steven G. Zieff (SBN 084222)
Davis A. Lowe (SBN 178811)
Kenneth J. Sugarman (SBN 195059)
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
E-Mail: szieff@reztlaw.com
E-Mail: dal@reztlaw.com
E-Mail: kjs@reztlaw.com

Todd F. Jackson (SBN 202598)
Claire Kennedy-Wilkins (SBN 231897)
Lindsay E. Nako (SBN 239090)
LEWIS FEINBERG RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-Mail: tjackson@lewisfeinberg.com
E-Mail: ckwilkins@lewisfeinberg.com
E-Mail: lnako@lewisfeinberg.com


Adam T. Klein (AK 3293 [NY])
Justin M. Swartz (JS 7989 [NY])
Piper Hoffman (PH 4990 [NY])
OUTTEN & GOLDEN LLP
3 Park Ave., 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: jms@outtengolden.com
E-Mail: ph@outtengolden.com


Ira Spiro (SBN 67641)
SPIRO MOSS BARNESS HARRISON & BARGE, LLP
11377 W. Olympic Blvd., Fl. 5
Los Angeles, CA 90064-1625
Telephone: (310) 235-2468
Facsimile: (310) 235-2456
E-Mail: ispiro@smbhblaw.com


J. Derek Braziel (00793380 [TX])
LEE & BRAZIEL, LLP
208 N. Market Street
Dallas, TX 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010
E-Mail: jdbraziel@l-b-law.com


Richard Burch (24001807 [TX])
BRUCKNER BURCH, PLLC
5847 San Felipe, Suite 3900
Houston, TX 77057
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
E-Mail: rburch@brucknerburch.com

| | |
|---|---|
| 1 | David Borgen (SBN 99354) |
| 2 | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |
| 3 | 300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 |
| 4 | Telephone: (510) 763-9800<br>Facsimile: (510) 835-1417 |
| 5 | E-Mail: borgen@gdblegal.com |

*Attorneys for Plaintiffs and Class Counsel*

Dated: January 5, 2007          JONES DAY

By:  /s/ Donna M. Mezias  *Donna M. Mezias/by SA*

Attorneys for Defendant

Matthew W. Lampe
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
E-Mail: mwlampe@jonesday.com

Donna M. Mezias
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5822
Facsimile: (415) 875-5700
E-Mail: dmezias@jonesday.com

*Attorneys for Defendant*

ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: 1/9/07

_____
HON. PHYLLIS J. HAMILTON
United States District [Judge]

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton