Case 3:06-cv-00430-PJH   Document 133   Filed 07/25/2007   Page 1 of 2

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS ROSENBURG *et al.*, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. CV 06-00430 PJH<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REIMBURSEMENT OF COSTS |

WHEREAS, on July 11, 2007 the Court granted final approval to a settlement of this action, and on July 12, 2007 granted plaintiffs' Motion for an Award of Attorneys' Fees and entered a final judgment in this matter;

WHEREAS, at the July 11, 2007 hearing in this matter, the Court requested additional information regarding plaintiffs' request for Reimbursements of Costs;

WHEREAS, Plaintiffs having submitted and the Court having reviewed Plaintiffs' Supplemental Memorandum of Points and Authorities in Support of Motion for Reimbursement of Costs, the Supplemental Declaration of Jim Finberg in Support of Plaintiffs' Motion for Reimbursement of costs to which declarations from other Class Counsel were attached; and the Court having reviewed all other papers filed in this matter, and oral argument;

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOT FOR REIMBURSEMENT OF COSTS;
Case No. 06-0430 PJH

1  NOW, THEREFORE, IT IS ORDERED that Class Counsel are hereby awarded
2  reimbursement of costs and expenses in the amount of $250,000.
3
4  DATED: July 27, 2007                    _____
5                                          Hon. Phyllis J. Hamilton
                                           United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOT FOR REIMBURSEMENT OF COSTS;
Case No. 06-0430 PJH