UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS ROSENBURG, et al.

    Plaintiffs,

    v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    Defendant.
_____/

No. C 06-0430 PJH

**NOTICE AND ORDER**

The court hereby notifies would-be claimant Mr. Quist, that after consideration of the issues raised in his letter and after consultation with counsel for both sides, the court has determined that his attempt at submitting a claim is simply untimely. The administrator has complied with all the required procedures, including those for attempting to locate all potential class members. The procedures were fair and reasonably designed to enable the largest number of potential class members to participate. The settlement funds have been distributed to in excess of 11,000 class members and only roughly thirty claims were denied as untimely. There is nothing left to be done.

**IT IS SO ORDERED.**

Dated: March 11, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge